IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DANIEL ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:18cv635-ECM |
| | ) | |
| LEON BOLLING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on August 24, 2018. (Doc. # 4). There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

DONE this 9th day of October, 2018.

                                                /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                UNITED STATES DISTRICT JUDGE